**THIS INDENTURE,** made the 24th day of January, 2014 ~~2013~~.

**BETWEEN**

Jesus Acosta Artica, Juan Zeloya, Nilson Caballero, Jose Ruiz, Adonis Lobo, Ernesto Galeano, Hugo Rivas, Jaime Rivas, Peter Vitucci, Angel Ponce, Milton Lobo, Osmin Lobo, Tony Lobo, Nelson Ruiz, Genrrin Medina, R. Alejandro Cabrera, Noslin Caballero Lobo, Ector Ruiz, Marco Ruiz, Genaro Ruiz, Elyn Trochez and Renaldo Medina.

collectively, party of the first part, and

88-01 Ditmas Ave Family Limited Partnership, J.B. Holding & Property Partners, LLC, J.B. Custom Masonry & Concrete, Inc., J.B. Holding & Property, Corp., J.B. Residential, LLC, 153 East 33rd St Family Limited Partnership, 104-11 101st St Family Limited Partnership, 85th Street Family Limited Partnership and 87-07 158th Ave Family Limited Partnership and Alfredo J. Battaglia.

collectively, party of the second part,

**WHEREAS,** Judgment entered on the 20th day of July, 2012 ~~2013~~, in an action

between

Jesus Acosta Artica, Juan Zeloya, Nilson Caballero, Jose Ruiz, Adonis Lobo, Ernesto Galeano, Hugo Rivas, Jaime Rivas, Peter Vitucci, Angel Ponce, Milton Lobo, Osmin Lobo, Tony Lobo, Nelson Ruiz, Genrrin Medina, R. Alejandro Cabrera, Noslin Caballero Lobo, Ector Ruiz, Marco Ruiz, Genaro Ruiz, Elyn Trochez and Renaldo Medina.

                                                                                            Plaintiff

and

88-01 Ditmas Ave Family Limited Partnership, J.B. Holding & Property Partners, LLC, J.B. Custom Masonry & Concrete, Inc., J.B. Holding & Property, Corp., J.B. Residential, LLC, 153 East 33rd St Family Limited Partnership, 104-11 101st St Family Limited Partnership, 85th Street Family Limited Partnership and 87-07 158th Ave Family Limited Partnership and Alfredo J. Battaglia.

                                                                                            Defendant

in favor of the said Plaintiff and against the said Defendant for the sum of One Million Eight Hundred Thousand Dollars ($1,800,000).

**NOW THIS INDENTURE WITNESSETH,** that the said party(ies) of the first part, duly paid at the time of sealing and delivery of these presents, receipts whereof is hereby acknowledged, has(have) granted, released discharged and set over, and by these presents do/does grant, release, discharge and set over, said Judgment entered into on the 20th day of July, 2012 ~~2013~~, and memorialized in the "Settlement Agreement" dated the 26th of August, 2013.

**SAID** Judgment has been fully paid, is hereby satisfied, released, discharged and cancelled of record as of this 24th day of January, 2014 ~~2013~~, and the said party of the first part consents to the recording of this Indenture.

**IN WITNESS WHEREOF,** the party of the first part have executed this release or have caused same to be executed by their representatives duly authorized.

                                                              By: _____
                                                              Jesus Acosta Artica

THIS INDENTURE, made the _____ day of _____, 2013,

**BETWEEN**

Jesus Acosta Artica, Juan Zeloya, Nilson Caballero, Jose Ruiz, Adonis Lobo, Ernesto Galeano, Hugo Rivas, Jaime Rivas, Peter Vitucci, Angel Ponce, Milton Lobo, Osmin Lobo, Tony Lobo, Nelson Ruiz, Genrrin Medina, R. Alejandro Cabrera, Noslin Caballero Lobo, Ector Ruiz, Marco Ruiz, Genaro Ruiz, Elyn Trochez and Renaldo Medina.

collectively, party of the first part, and

88-01 Ditmas Ave Family Limited Partnership, J.B. Holding & Property Partners, LLC, J.B. Custom Masonry & Concrete, Inc., J.B. Holding & Property, Corp., J.B. Residential, LLC, 153 East 33rd St Family Limited Partnership, 104-11 101st St Family Limited Partnership, 85th Street Family Limited Partnership and 87-07 158th Ave Family Limited Partnership and Alfredo J. Battaglia.

collectively, party of the second part,

**WHEREAS**, Judgment entered on the ____ day of _____ 2013, in an action

between

Jesus Acosta Artica, Juan Zeloya, Nilson Caballero, Jose Ruiz, Adonis Lobo, Ernesto Galeano, Hugo Rivas, Jaime Rivas, Peter Vitucci, Angel Ponce, Milton Lobo, Osmin Lobo, Tony Lobo, Nelson Ruiz, Genrrin Medina, R. Alejandro Cabrera, Noslin Caballero Lobo, Ector Ruiz, Marco Ruiz, Genaro Ruiz, Elyn Trochez and Renaldo Medina.

                                                                                   Plaintiff

and

88-01 Ditmas Ave Family Limited Partnership, J.B. Holding & Property Partners, LLC, J.B. Custom Masonry & Concrete, Inc., J.B. Holding & Property, Corp., J.B. Residential, LLC, 153 East 33rd St Family Limited Partnership, 104-11 101st St Family Limited Partnership, 85th Street Family Limited Partnership and 87-07 158th Ave Family Limited Partnership and Alfredo J. Battaglia.

                                                                                   Defendant

in favor of the said Plaintiff and against the said Defendant for the sum of One Million Eight Hundred Thousand Dollars ($1,800,000).

**NOW THIS INDENTURE WITNESSETH**, that the said party(ies) of the first part, duly paid at the time of sealing and delivery of these presents, receipts whereof is hereby acknowledged, has(have) granted, released discharged and set over, and by these presents do/does grant, release, discharge and set over, said Judgment entered into on the ____ day of _____, 2013, and memorialized in the "Settlement Agreement" dated the 26th of August, 2013.

**SAID** Judgment has been fully paid, is hereby satisfied, released, discharged and cancelled of record as of this ____ day of _____, 2013, and the said party of the first part consents to the recording of this Indenture.

**IN WITNESS WHEREOF**, the party of the first part have executed this release or have caused same to be executed by their representatives duly authorized.

By: _____
Jesus Acosta Artica

By: _____
Juan Zeloya

By: *Nilson Caballero*
Nilson Caballero

By: *Jose Y Ruiz*
Jose Ruiz

By: *Adonis Lobo*
Adonis Lobo

By: *Ernesto Galeano*
Ernesto Galeano

By: _____
Hugo Rivas

By: _____
Jaime Rivas

By: *Pete Vitucci*
Peter Vitucci

By: _____
Angel Ponce

By: _____
Milton Lobo

By: *Osmin Lobo*
Osmin Lobo

By: *Tony Lobo*
Tony Lobo

By: _____
Nelson Ruiz

By: _____
Genrrin Medina

By: _____
R. Alejandro Cabrera

By: _Juan Zeloya_
Juan Zeloya

By: _Nilson Caballero_
Nilson Caballero

By: _Jose y Ruiz_
Jose Ruiz

By: _____
Adonis Lobo

By: _Ernesto Galeano_
Ernesto Galeano

By: _____
Hugo Rivas

By: _____
Jaime Rivas

By: _____
Peter Vitucci

By: _Angel Francisco Ponce Ponce_
Angel Ponce

By: _____
Milton Lobo

By: _____
Osmin Lobo

By: _Tony Lobo_
Tony Lobo

By: _____
Nelson Ruiz

By: _(signature)_
Genrrin Medina

By: _____
R. Alejandro Cabrera

By: __Noslin Caballero Lobo__
Noslin Caballero Lobo

By: _____
Ector Ruiz

By: _____
Marco Ruiz

By: _____
Genaro Ruiz

By: _____
Elyn Trochez

By: _____
Renaldo Medina

STATE OF _____ )
                         ) SS.
COUNTY OF _____ )

       Before me personally appeared Jesus Acosta Artica, signer of the within instrument, who duly acknowledged to me that he executed the same as his free act and deed. I am a duly appointed Notary in the jurisdiction aforesaid.

       **WITNESS** my hand and official seal this ____ day of _____, 2013.

                                                   X_____ (Seal)
                                                   Notary Public
                                                   My Commission Expires: __/__/__

By: *Noslin Caballero Lobo*
Noslin Caballero Lobo

By: *Hector Ruiz*
Ector Ruiz

By: *Marco Ruiz*
Marco Ruiz

By: *Genaro Ruiz*
Genaro Ruiz

By: _____
Elyn Trochez

By: _____
Renaldo Medina

STATE OF _____ )
                                   ) SS.
COUNTY OF _____ )

      Before me personally appeared Jesus Acosta Artica, signer of the within instrument, who duly acknowledged to me that he executed the same as his free act and deed. I am a duly appointed Notary in the jurisdiction aforesaid.

      **WITNESS** my hand and official seal this ____ day of _____, 2013.

                                                       X_____ (Seal)
                                                         Notary Public
                                                        My Commission Expires: __/__/__

By: **Noslin Caballero Lobo**
Noslin Caballero Lobo

By: _____
Ector Ruiz

By: _____
Marco Ruiz

By: _____
Genaro Ruiz

By: _____
Elyn Trochez

By: _____
Renaldo Medina

STATE OF _____ )
                          ) SS.
COUNTY OF _____ )

        Before me personally appeared Jesus Acosta Artica, signer of the within instrument, who duly acknowledged to me that he executed the same as his free act and deed. I am a duly appointed Notary in the jurisdiction aforesaid.

        WITNESS my hand and official seal this ___ day of _____, 2013.

X _____ (Seal)
Notary Public
My Commission Expires: __/__/ 2014.

By: _Noslin Caballero Lobo_
Noslin Caballero Lobo

By: _____
Ector Ruiz

By: _____
Marco Ruiz

By: _____
Genaro Ruiz

By: _[signature]_
Elyn Trochez

By: _[signature]_
Renaldo Medina

STATE OF _____ )
                           ) SS.
COUNTY OF _____ )

    Before me personally appeared Jesus Acosta Artica, signer of the within instrument, who duly acknowledged to me that he executed the same as his free act and deed. I am a duly appointed Notary in the jurisdiction aforesaid.

    **WITNESS** my hand and official seal this ____ day of _____, 2013.

                                                X_____ (Seal)
                                                Notary Public
                                                My Commission Expires: __/__/__

STATE OF New York )
                   ) SS.
COUNTY OF  NY     )

Before me personally appeared Juan Zeloya, signer of the within instrument, who duly acknowledged to me that he executed the same as his free act and deed. I am a duly appointed Notary in the jurisdiction aforesaid.

WITNESS my hand and official seal this 9th day of _____, 2013.

X_____ (Seal)
Notary Public
My Commission Expires: __/__/__

STATE OF New York )
                   ) SS.
COUNTY OF  NY     )

Before me personally appeared Nilson Caballero, signer of the within instrument, who duly acknowledged to me that he executed the same as his free act and deed. I am a duly appointed Notary in the jurisdiction aforesaid.

WITNESS my hand and official seal this 16 day of October, 2013.

ALISON GAYLE LOBBAN
Notary Public, State of New York
No. 02LO6286420
Qualified in New York County
Commission Expires July 22, 2017

X _Alis Lobba_ (Seal)
Notary Public
My Commission Expires: 7/22/17

STATE OF New York )
                   ) SS.
COUNTY OF  NY     )

Before me personally appeared Jose Ruiz, signer of the within instrument, who duly acknowledged to me that he executed the same as his free act and deed. I am a duly appointed Notary in the jurisdiction aforesaid.

WITNESS my hand and official seal this 15th day of October, 2013.

ALISON GAYLE LOBBAN
Notary Public, State of New York
No. 02LO6286420
Qualified in New York County
Commission Expires July 22, 2017

X _Alis Lobba_ (Seal)
Notary Public
My Commission Expires: 7/22/17

STATE OF New York   )
                   ) SS.
COUNTY OF New York )

    Before me personally appeared Adonis Lobo, signer of the within instrument, who duly acknowledged to me that he executed the same as his free act and deed. I am a duly appointed Notary in the jurisdiction aforesaid.

**WITNESS** my hand and official seal this 9th day of March, 2013.

SHERRY HECKSTALL
Notary Public, State of New York
No. 01HE6084617
Qualified in Kings County
Commission Expires 06/23/2015

X_____ (Seal)
Notary Public
My Commission Expires: 6/23/15

STATE OF New York  )
                   ) SS.
COUNTY OF NY       )

    Before me personally appeared Ernesto Galeano, signer of the within instrument, who duly acknowledged to me that he executed the same as his free act and deed. I am a duly appointed Notary in the jurisdiction aforesaid.

**WITNESS** my hand and official seal this 11 day of October, 2013.

ALISON GAYLE LOBBAN
Notary Public, State of New York
No. 02LO6286420
Qualified in New York County
Commission Expires July 22, 2017

X_____ (Seal)
Notary Public
My Commission Expires: 7/22/17

STATE OF New York  )
                   ) SS.
COUNTY OF NY       )

    Before me personally appeared Hugo Rivas, signer of the within instrument, who duly acknowledged to me that he executed the same as his free act and deed. I am a duly appointed Notary in the jurisdiction aforesaid.

**WITNESS** my hand and official seal this 6 day of December, 2013.

X_____ (Seal)
Notary Public
My Commission Expires: 7/22/17

ALISON GAYLE LOBBAN
Notary Public, State of New York
No. 02LO6286420
Qualified in New York County
Commission Expires July 22, 2017

STATE OF New York  )
                   ) SS.
COUNTY OF New York )

Before me personally appeared Jaime Rivas, signer of the within instrument, who duly acknowledged to me that he executed the same as his free act and deed. I am a duly appointed Notary in the jurisdiction aforesaid.

**WITNESS** my hand and official seal this 9 day of December, 2013.

JOANNE MARIE ALBERTSEN
Notary Public, State of New York
No. 02AL6288513
Qualified in Kings County
Commission Expires Sept. 9, 2017

X Joanne Albertsen (Seal)
Notary Public
My Commission Expires: 9/9/17

STATE OF New York  )
                   ) SS.
COUNTY OF New York )

Before me personally appeared Peter Vitucci, signer of the within instrument, who duly acknowledged to me that he executed the same as his free act and deed. I am a duly appointed Notary in the jurisdiction aforesaid.

**WITNESS** my hand and official seal this 5 day of December 2013.

ALISON GAYLE LOBBAN
Notary Public, State of New York
No. 02LO6286420
Qualified in New York County
Commission Expires July 22, 2017

X Alis Lobb (Seal)
Notary Public
My Commission Expires: 7/22/17

STATE OF New York  )
                   ) SS.
COUNTY OF NY       )

Before me personally appeared Angel Ponce, signer of the within instrument, who duly acknowledged to me that he executed the same as his free act and deed. I am a duly appointed Notary in the jurisdiction aforesaid.

**WITNESS** my hand and official seal this 11 day of October, 2013.

ALISON GAYLE LOBBAN
Notary Public, State of New York
No. 02LO6286420
Qualified in New York County
Commission Expires July 22, 2017

X Alis Lobb (Seal)
Notary Public
My Commission Expires: 7/22/17

STATE OF New York       )
                        ) SS.
COUNTY OF New York      )

Before me personally appeared Milton Lobo, signer of the within instrument, who duly acknowledged to me that he executed the same as his free act and deed. I am a duly appointed Notary in the jurisdiction aforesaid.

**WITNESS** my hand and official seal this 10 day of December, 2013.

JOANNE MARIE ALBERTSEN
Notary Public, State of New York
No. 02AL6288513
Qualified in Kings County
Commission Expires Sept. 9, 2017

X _Joanne Albertsen_ (Seal)
Notary Public
My Commission Expires: 9/9/17

STATE OF New York       )
                        ) SS.
COUNTY OF New York      )

Before me personally appeared Osmin Lobo, signer of the within instrument, who duly acknowledged to me that he executed the same as his free act and deed. I am a duly appointed Notary in the jurisdiction aforesaid.

**WITNESS** my hand and official seal this 9th day of December, 2013.

ARTHUR ALMONTE
Notary Public, State of New York
Qualified in [illegible] County
Commission Expires 3/10/20

X _Art Almonte_ (Seal)
Notary Public
My Commission Expires: 3/10/16

STATE OF New York       )
                        ) SS.
COUNTY OF NY            )

Before me personally appeared Tony Lobo, signer of the within instrument, who duly acknowledged to me that he executed the same as his free act and deed. I am a duly appointed Notary in the jurisdiction aforesaid.

**WITNESS** my hand and official seal this 14 day of October, 2013.

ALISON GAYLE LOBBAN
Notary Public, State of New York
No. 02LO6286420
Qualified in New York County
Commission Expires July 22, 2017

X _Alison Lobban_ (Seal)
Notary Public
My Commission Expires: 7/22/17

Page 7 of 10

STATE OF New York      )
                       ) SS.
COUNTY OF New York     )

    Before me personally appeared Nelson Ruiz, signer of the within instrument, who duly acknowledged to me that he executed the same as his free act and deed. I am a duly appointed Notary in the jurisdiction aforesaid.

    **WITNESS** my hand and official seal this 11 day of December, 2013.

JOANNE MARIE ALBERTSEN
Notary Public, State of New York
No. 02AL6288513
Qualified in Kings County
Commission Expires Sept. 9, 2017

X _Joanne Albertsen_ (Seal)
Notary Public
My Commission Expires: 9/9/17

STATE OF New York      )
                       ) SS.
COUNTY OF NY           )

    Before me personally appeared Genrrin Medina, signer of the within instrument, who duly acknowledged to me that he executed the same as his free act and deed. I am a duly appointed Notary in the jurisdiction aforesaid.

    **WITNESS** my hand and official seal this 16 day of October, 2013.

ALISON GAYLE LOBBAN
Notary Public, State of New York
No. 02LO6286420
Qualified in New York County
Commission Expires July 22, 2017

X _Alison Lobban_ (Seal)
Notary Public
My Commission Expires: 7/22/17

STATE OF New York      )
                       ) SS.
COUNTY OF NY           )

    Before me personally appeared R. Alejandro Cabrera, signer of the within instrument, who duly acknowledged to me that he executed the same as his free act and deed. I am a duly appointed Notary in the jurisdiction aforesaid.

    **WITNESS** my hand and official seal this 6 day of December, 2013.

ALISON GAYLE LOBBAN
Notary Public, State of New York
No. 02LO6286420
Qualified in New York County
Commission Expires July 22, 2017

X _Alison Lobban_ (Seal)
Notary Public
My Commission Expires: 7/22/17

STATE OF New York  )
                   ) SS.
COUNTY OF NY       )

Before me personally appeared Noslin Caballero Lobo, signer of the within instrument, who duly acknowledged to me that he executed the same as his free act and deed. I am a duly appointed Notary in the jurisdiction aforesaid.

**WITNESS** my hand and official seal this 16 day of October, 2013.

ALISON GAYLE LOBBAN
Notary Public, State of New York
No. 02LO6286420
Qualified in New York County
Commission Expires July 22, 2017

X _Alison Lobban_ (Seal)
Notary Public
My Commission Expires: 7 /22/ 17

STATE OF _____ )
                      ) SS.
COUNTY OF _____ )

Before me personally appeared Ector Ruiz, signer of the within instrument, who duly acknowledged to me that he executed the same as his free act and deed. I am a duly appointed Notary in the jurisdiction aforesaid.

**WITNESS** my hand and official seal this ____ day of _____, 2013.

X_____ (Seal)
Notary Public
My Commission Expires: __/__/__

STATE OF _____ )
                      ) SS.
COUNTY OF _____ )

Before me personally appeared Marco Ruiz, signer of the within instrument, who duly acknowledged to me that he executed the same as his free act and deed. I am a duly appointed Notary in the jurisdiction aforesaid.

**WITNESS** my hand and official seal this ____ day of _____, 2013.

X_____ (Seal)
Notary Public
My Commission Expires: __/__/__

STATE OF _____ )
                        ) SS.
COUNTY OF _____ )

    Before me personally appeared Genaro Ruiz, signer of the within instrument, who duly acknowledged to me that he executed the same as his free act and deed. I am a duly appointed Notary in the jurisdiction aforesaid.

    **WITNESS** my hand and official seal this ____ day of _____, 2013.

                                          X_____ (Seal)
                                          Notary Public
                                          My Commission Expires: __/__/__

STATE OF _____ )
                        ) SS.
COUNTY OF _____ )

    Before me personally appeared Elyn Trochez, signer of the within instrument, who duly acknowledged to me that he executed the same as his free act and deed. I am a duly appointed Notary in the jurisdiction aforesaid.

    **WITNESS** my hand and official seal this ____ day of _____, 2013.

                                          X_____ (Seal)
                                          Notary Public
                                        My Commission Expires: __/__/__

STATE OF _____ )
                        ) SS.
COUNTY OF _____ )

    Before me personally appeared Renaldo Medina, signer of the within instrument, who duly acknowledged to me that he executed the same as his free act and deed. I am a duly appointed Notary in the jurisdiction aforesaid.

    **WITNESS** my hand and official seal this ____ day of _____, 2013.

                                          X_____ (Seal)
                                        Notary Public
                                        My Commission Expires: __/__/__

STATE OF _____ )
                        ) SS.
COUNTY OF _____ )

Before me personally appeared Genaro Ruiz, signer of the within instrument, who duly acknowledged to me that he executed the same as his free act and deed. I am a duly appointed Notary in the jurisdiction aforesaid.

**WITNESS** my hand and official seal this ____ day of _____, 2013.

X_____ (Seal)
Notary Public
My Commission Expires: __/__/__

STATE OF _____ )
                        ) SS.
COUNTY OF _____ )

Before me personally appeared Elyn Trochez, signer of the within instrument, who duly acknowledged to me that he executed the same as his free act and deed. I am a duly appointed Notary in the jurisdiction aforesaid.

**WITNESS** my hand and official seal this _11_ day of __12__, 2013.

X_____ (Seal)
Notary Public
My Commission Expires: __/__/__

STATE OF _____ )
                        ) SS.
COUNTY OF _____ )

Before me personally appeared Renaldo Medina, signer of the within instrument, who duly acknowledged to me that he executed the same as his free act and deed. I am a duly appointed Notary in the jurisdiction aforesaid.

**WITNESS** my hand and official seal this _11_ day of __12__, 2013.

X_____ (Seal)
Notary Public
My Commission Expires: __/__/__




VALOR LPS. 500.00
SERIE "C"

## Colegio de Abogados de Honduras
### Certificado de Autenticidad  No. 296471

Yo, HERNAN SOSA VALLADARES, Abogado y Notario Público de este domicilio, inscrito en el Colegio de Abogados de Honduras con el número dos mil ciento once(2111), con Registro de Notario de la Corte Suprema de Justicia número mil trescientos dos(1302), Notaría establecida en el edificio Fiallos Soto, segundo piso, cubículo 204 de esta ciudad, CERTIFICO: Que la firma que aparece en la page 1 of 10, correspondiente al señor JESUS ACOSTA ARTICA, en la page 2 of 11 correspondiente al señor JESUS ACOSTA ARTICA, y en la page 2 of 11 también correspondien al señor JESUS ACOSTA ARTICA, de tres(3) documentos para obtener la segunda parte del pago en un juicio laboral que se llevó a cabo en New York, Estados Unidos de América, son AUTENTICAS por ser la que el referido señor acostumbra a usar en todos sus actos y contratos; artículo veinticinco(25) del Código del Notariado.-Doy fe.
Tegucigalpa, Municipio del Distrito Central, nueve(9) de diciembre del año dos mil trece(2013).

--------------------ULTIMA LINEA--------------------

CAH-JDN 12-14  No. 146471

**Colegio de Abogados de Honduras**
**Certificado de Autenticidad** No. 302344

VALOR LPS. 500.00
SERIE "C"

El Infrascrito Abogado y Notario Público con domicilio en esta ciudad de Juticalpa, Departamento de Olancho, JUAN ANTONIO MEJIA, Con Carnet Numero mil Trescientos Noventa (01390) del Colegio de Abogados de Honduras, con Registro Tributario Nacional Clave uno siete cero uno, uno nueve cuatro cuatro, cero cero dos uno seis tres (17011944002163), y Registro Numero Novecientos Cuarenta y Tres (943) de la Honorable Corte Suprema de Justicia, Con Oficinas Ubicadas en Edificio Massada Shalom Primer Piso No. 101, Barrio Jesús de la ciudad de Juticalpa, CERTIFICA: Que las Firmas que anteceden y dicen: ECTOR ADILIO RUIZ, MARCO RUIZ, GENARO RUIZ, JESUS ACOSTA ARTICA y JUAN ZELAYA., Colocadas al pie de: Un Documento, Son auténticas por haber sido puestas en mi presencia.- Doy Fe.

Juticalpa, Olancho, 18 de Octubre del 2013.

------Ultima Línea------

JUAN ANTONIO MEJIA.
Abogado y Notario.

CAH-JDN 12-14 No. 152344